[No. 28418-9-II. Division Two. August 26, 2003.]

LOIS NEAL, *Appellant*, v. THE DEPARTMENT OF GENERAL ADMINISTRATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01103-0, Richard A. Strophy, J., entered February 26, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28540-1-II. Division Two. August 26, 2003.]

PIERCE COUNTY, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-02786-1, Leila Mills, J., entered March 26, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28662-9-II. Division Two. August 26, 2003.]

IRONWORKERS LOCAL NO. 29, ET AL., *Plaintiffs*, DENNIS WHITE, *Appellant*, v. THE POLLUTION CONTROL HEARINGS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01329-4, Daniel J. Berschauer, J., entered April 17, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 29157-6-II. Division Two. August 26, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER WARREN ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01779-9, Frederick W. Fleming, J., entered August 7, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.